IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00781-WDM-PAC

CONSUMER CRUSADE, INC.,

    Plaintiff,

v.

AMERICAN BANKERS ASSOCIATION,
DONALD OGILVIE,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to file supplemental authority is granted.

Dated: July 13, 2005

                                                    /s/ Jane Trexler, Secretary/Deputy Clerk