Case 1:05-cv-00781-WDM-PAC   Document 33   Filed 10/06/05   USDC Colorado   Page 1 of 1

Case 1:05-cv-00781-WDM-PAC   Document 33   Filed 10/06/05   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00781-WDM-PAC

CONSUMER CRUSADE, INC.

      Plaintiff,

v.

AMERICAN BANKERS ASSOCIATION AND
DONALD OGILVIE,

      Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT OGILVIE ONLY**

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice as to defendant Donald Ogilvie only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 6, 2005.

                BY THE COURT:

                /s/ Walker D. Miller
                United States District Judge

PDF FINAL