IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00781-WDM-PAC

CONSUMER CRUSADE, INC.,

    Plaintiff(s),

v.

AMERICAN BANKERS ASSOCIATION, a District of Columbia non-profit corporation; and its Officers and Directors,

    Defendant(s).

_____

## ORDER GRANTING MOTION FOR STAY
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    Upon review of Defendants American Bankers Association's ("ABA") Motion for Stay,  Doc. # 36, and for the reasons cited therein, it is

    ORDERED that the motion, Doc. # 36, is GRANTED.  It is further

    ORDERED that this case is STAYED in all respects pending further order of this Court.  Accordingly, all deadlines in the Scheduling Order and as may have been extended, are VACATED, including but not limited, to the final pretrial conference set for March 30, 2006 at 9:00 a.m.  It is further

    ORDERED that the parties shall advise the Court, in writing, beginning on **April 15, 2006**, and continuing every 120 days thereafter, of the status of the appeals in the United States Court of Appeals for the Tenth Circuit in ***U.S. Fax Law Center, Inc., v iHire, Inc.***, Case No. 05-1325 (10th Cir.) (TCPA claims not assignable) and ***Consumer***

***Crusade, Inc., v. Scientific Research Group, Inc***., Case No.  05-1447 (10th Cir.).

Dated this 19th day of December 2005.

                                                By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge