IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00781-WDM-PAC

CONSUMER CRUSADE, INC.,

    Plaintiff,

v.

AMERICAN BANKERS ASSOCIATION,

    Defendant.

_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

    This matter has been stayed by order of Magistrate Judge Patricia A. Coan pending the resolution of two cases in the United States Court of Appeals for the Tenth Circuit concerning the same issues.  Given that stay, it is ordered that this matter be administratively closed subject to reopening for good cause pursuant to D.C.COLO.LCivR 41.2.   If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before January 26, 2007,  this case shall be dismissed without prejudice without further notice.

    DATED at Denver, Colorado, on January 27, 2006.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL