IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00781-WDM-PAC

CONSUMER CRUSADE, INC.,

     Plaintiff,

v.

AMERICAN BANKERS ASSOCIATION,

     Defendant.
_____

**ORDER CONTINUING ADMINISTRATIVE CLOSURE**
_____

     This matter was administratively closed by order dated January 27, 2006 pending the resolution of two cases in the United States Court of Appeals for the Tenth Circuit concerning the same issues.  The parties advise that the Tenth Circuit has ruled but that petitions for rehearing and hearing *en banc* have been or will be filed.  Accordingly, it is ordered that the administrative closure of this matter will continue until March 30, 2007.  Unless the parties demonstrate good cause to reopen pursuant to D.C.COLO.LCivR 41.2 on or before March 30, 2007, this case shall be dismissed without prejudice without further notice.

     DATED at Denver, Colorado, on February 27, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller

United States District Judge

PDF FINAL